**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOSE ALFREDO ROBLES,** | ) | |
|     **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:08-CV-0417-D** |
| | ) | **No. 3:06-CR-220-L** |
| **UNITED STATES OF AMERICA,** | ) | |
|     **Respondent.** | ) | |

## ORDER

After conducting a *de novo* review and considering petitioner's objections, the court holds

that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are

adopted as the findings and conclusions of the court.

**SO ORDERED**.

June 11, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE